---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*if known*): 16-_____   Chapter __11__

☐ Check if this is an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Limitless Mobile, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Keystone Wireless, LLC

3. **Debtor's federal Employer Identification Number (EIN)**

   8 2 – 0553942 __ __ __ __

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 2574 Interstate Drive | |
   | Number       Street | Number       Street |
   | | P.O. Box |
   | Harrisburg        PA       17110 | |
   | City              State    ZIP Code | City              State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Dauphin County | |
   | County | Number       Street |
   | | |
   | | City              State    ZIP Code |

5. **Debtor's website (URL)**

   http://limitlessmobile.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

---

Debtor  Limitless Mobile, LLC
        _____       Case number (if known)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5172_ __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor   See Attached List.              Relationship _____

        District _____  When _____
                                                          MM / DD / YYYY

        Case number, if known _____

| Debtor | Limitless Mobile, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

        Number      Street

        City                  State    ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   Limitless Mobile, LLC
_____   Case number (if known)_____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/2/2016
              MM / DD / YYYY

X _____           Amir Rajwany
Signature of authorized representative of debtor    Printed name

Title   Chief Operating Officer

**18. Signature of attorney**

X _____           Date   12/2/2016
Signature of attorney for debtor                   MM / DD / YYYY

Martin J. Weis
Printed name
Dilworth Paxson, LLP
Firm name
1500 Market Street, Suite 3500E
Number       Street
Philadelphia                                PA          19102-2101
City                                        State       ZIP Code

(215)575-7000                               mweis@dilworthlaw.com
Contact phone                               Email address

4333                                        DE
Bar number                                  State

There are two European Affiliates going through the insolvency process:

1)      Limitless Mobile Ltd (in liquidation)
        1, Furzeground Way
        Stockley Park
        Uxbridge
        UB11 1BD
        UK

2)      Limitless Mobile GmbH (in preliminary administration)
        ImDefdahl 10c
        44141 Dortmund
        Germany

## UNANIMOUS WRITTEN CONSENT AND
## ACTION OF THE DIRECTORS
## LIMITLESS MOBILE HOLDINGS, LLC

### NOVEMBER 28, 2016

The undersigned, being all of the Directors of Limitless Mobile Holdings, LLC, a limited liability company organized and existing under the laws of the State of Delaware ( "Holdings"), which is the Sole Member of Limitless Mobile, LLC (the "Company"), hereby take the following actions without the formality of convening a meeting in accordance with Section 18-302 of the Delaware Limited Liability Company Act, as amended, and the Company's Operating Agreement, with the same effect as if such actions were taken pursuant to resolutions presented to and adopted by the Directors at a duly constituted meeting thereof, and thereby direct that this Unanimous Written Consent and Action be filed with the minutes of the meetings of the Company.

<u>VOLUNTARY PETITION UNDER THE PROVISIONS OF CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE</u>

WHEREAS, the Directors have reviewed the materials presented by the management and the advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business; and

WHEREAS, the Directors have had the opportunity to consult with the management and the advisors of the Company and fully consider each of the strategic alternatives available to the Company;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Directors of Holdings, the Sole Member of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 et seq., the "Bankruptcy Code"); and

RESOLVED, that the Executive Chairman, the President and any Vice-President, the Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, the Secretary, and the Treasurer of the Company, or any of them (the "Authorized Officers"), be, and each of them acting in concert or alone hereby is authorized, empowered and directed, in their respective capacities as officers, and on behalf of the Company, to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain chapter 11 relief, including but not limited to motions to obtain the use of cash collateral, and provide adequate protection therefor and to obtain debtor-in-possession financing, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Dilworth Paxson LLP as bankruptcy counsel to represent and

assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Dilworth Paxson LLP; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

RATIFICATION OF ALL PRIOR AND FUTURE ACTIONS

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified; and

RESOLVED, that each of the Authorized Officers of the Company is hereby authorized, empowered, and directed to take such action and to execute such documents as may be necessary or desirable to carry out the intent and purposes of the foregoing resolutions; and

RESOLVED, that any and all actions heretofore or hereafter taken by the Authorized Officers within the terms of any of the foregoing resolutions are hereby ratified and confirmed as the act and deed of Company; and

RESOLVED, that this consent may be executed by facsimile or any other electronic means of reproduction, and in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

SIGNATURES BEGIN ON NEXT PAGE

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent and Action of the Directors as of the date first written above.

_____
Richard Worley

_____
Sarah Miller Coulson

_____
Peter Morse

_____
Robert C. Martin

_____
Charlie Ryan

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent and Action of the Directors as of the date first written above.

_____
Richard Worley

_Sarah Miller Coulson_
_____
Sarah Miller Coulson

_____
Peter Morse

_____
Robert C. Martin

_____
Charlie Ryan

119338656_1

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent and Action of the Directors as of the date first written above.

_____
Richard Worley

_____
Sarah Miller Coulson

_____
Peter Morse

_____
Robert C. Martin

_____
Charlie Ryan

119338656_1

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent and Action of the Directors as of the date first written above.

_____
Richard Worley

_____
Sarah Miller Coulson

_____
Peter Morse

_____
Robert C. Martin

_____
Charlie Ryan

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent and Action of the Directors as of the date first written above.

_____
Richard Worley

_____
Sarah Miller Coulson

_____
Peter Morse

_____
Robert C. Martin

_____
Charlie Ryan

## UNANIMOUS WRITTEN CONSENT AND
## ACTION OF THE DIRECTORS
## LIMITLESS MOBILE, LLC

### NOVEMBER 28, 2016

The undersigned, being all of the Directors of Limitless Mobile, LLC, a limited liability company organized and existing under the laws of the State of Delaware (the "Company"), hereby take the following actions without the formality of convening a meeting in accordance with Section 18-302 of the Delaware Limited Liability Company Act, as amended, and the Company's Operating Agreement, with the same effect as if such actions were taken pursuant to resolutions presented to and adopted by the Directors at a duly constituted meeting thereof, and thereby direct that this Unanimous Written Consent and Action be filed with the minutes of the meetings of the Company.

VOLUNTARY PETITION UNDER THE PROVISIONS OF CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

WHEREAS, the Directors have reviewed the materials presented by the management and the advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business; and

WHEREAS, the Directors have had the opportunity to consult with the management and the advisors of the Company and fully consider each of the strategic alternatives available to the Company;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Directors of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 et seq., the "Bankruptcy Code"); and

RESOLVED, that the Executive Chairman, the President and any Vice-President, the Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, the Secretary, and the Treasurer of the Company, or any of them (the "Authorized Officers"), be, and each of them acting in concert or alone hereby is authorized, empowered and directed, in their respective capacities as officers, and on behalf of the Company, to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain chapter 11 relief, including but not limited to motions to obtain the use of cash collateral, and provide adequate protection therefor and to obtain debtor-in-possession financing, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Dilworth Paxson LLP as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all

actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Dilworth Paxson LLP; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

RATIFICATION OF ALL PRIOR AND FUTURE ACTIONS

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified; and

RESOLVED, that each of the Authorized Officers of the Company is hereby authorized, empowered, and directed to take such action and to execute such documents as may be necessary or desirable to carry out the intent and purposes of the foregoing resolutions; and

RESOLVED, that any and all actions heretofore or hereafter taken by the Authorized Officers within the terms of any of the foregoing resolutions are hereby ratified and confirmed as the act and deed of Company; and

RESOLVED, that this consent may be executed by facsimile or any other electronic means of reproduction, and in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

SIGNATURES BEGIN ON NEXT PAGE

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent and Action of the Directors as of the date first written above.

_____
Richard Worley

_____
Sarah Miller Coulson

_____
Peter Morse

_____
Robert C. Martin

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent and Action of the Directors as of the date first written above.

_____
Richard Worley

_Sarah Miller Coulson_
_____
Sarah Miller Coulson

_____
Peter Morse

_____
Robert C. Martin

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent and Action of the Directors as of the date first written above.

_____
Richard Worley


_____
Sarah Miller Coulson


_____
Peter Morse


_____
Robert C. Martin

119338570_1

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent and Action of the Directors as of the date first written above.

_____
Richard Worley

_____
Sarah Miller Coulson

_____
Peter Morse

_____
Robert C. Martin

**Fill in this information to identify the case:**

Debtor name  Limitless Mobile, LLC

United States Bankruptcy Court for the: District of Delaware
                                                                          (State)

Case number (If known):  __16-_____

☐ Check if this is an
   amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest on a Consolidated Basis**

**Unsecured Claims and Are Not Insiders**                                  **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | T-Mobile c/o US Bank PO Box 94503 Seattle, WA 98124 | | | Disputed | | | $377,745.30 |
| 2 | Cerillion Technologies, LTD 125 Shaftesbury Avenue London, WC28 8AD | info@cerillion.com +44 (0) 20 7927 6000 | | | | | $356,825.28 |
| 3 | Comcast Business PO Box 37601 Philadelphia, PA 19101-0601 | (800) 741-4141 | | | | | $288,157.90 |
| 4 | MNM Wireless LLC 2421-A Wyandotte Road Willow Grove, PA 19090 | www.mnmwireless.com (215) 672-9600 | | | | | $240,548.00 |
| 5 | American Tower Systems Lock Box 7501 PO Box 7247 Philadelphia, PA 19170-7501 | Customer.relations@americantower.com (215) 508-2681 | | | | | $229,861.06 |
| 6 | Crown Castle MU, LLC PO box 301331 Dallas, TX 75303-1331 | (724) 416-2463 | | | | | $196,970.45 |
| 7 | Verizon Wireless Services, Inc. PO Box 64498 Baltimore, MD 21264-4498 | | | | | | $171,821.86 |
| 8 | Syniverse Technologies, Inc. 12094 Collections Center Drive Chicago, IL 60693 | www.syniverse.com (813) 637-5000 | | | | | $159,326.48 |

119327350_1

| | | | | | |
|---|---|---|---|---|---|
| 9 | Weaver Construction LLC<br>10089 Dudley Drive<br>Ijamsville, MD 21754 | www.weaver-llc.com<br>301-788-8634 | | | $100,540.00 |
| 10 | Mastec Network Solutions<br>806 Douglas Road, Suite 1100<br>Coral Gables, FL 33134 | www.mastecnetworksolutions.com<br>(866) 545-1782 | | | $88,766.02 |
| 11 | Crown Castle USA, Inc.<br>PO Box 301331<br>Dallas, TX 75303-1331 | (724) 416-2463 | | | $81,061.48 |
| 12 | Interop Technologies<br>13500 Powers Court, Suite 200<br>Fort Myers, FL 33912 | www.interoptechnologies.com<br>(239) 425-3000 | | | $80,205.49 |
| 13 | SBA Towers II, LLC<br>PO Box 945752<br>Atlanta, GA 30394-5752 | | | | $76,845.00 |
| 14 | Verizon<br>PO Box 64498<br>Baltimore, MD 21264-4498 | | | | $75,626.12 |
| 15 | Telsasoft<br>Controls Anyware, Inc.<br>12751 Country Road 5, Ste 176.<br>Burnsville, MN 55337 | www.telsasoft.com<br>support@telsasoft.com<br>(952) 707-8581 | | | $73,021.00 |
| 16 | West/Formerly Intrado<br>West Safety Services, Inc.<br>Department 1273<br>Denver, CO 80256 | Safetysvcs_billing@intrado.com<br>(800) 269-4165 | | | $71,531.00 |
| 17 | Vertex Wireless, LLC<br>500 Wegner Drive<br>West Chicago, IL 60185 | www.vertexwireless.com<br>(630) 293-6300 | | | $64,250.59 |
| 18 | Bennet & Bennet PLLC<br>6124 MacArthur Boulevard<br>Bethesda, MD 20816 | www.bennetlaw.com<br>info@bennetlaw.com<br>(202) 371-1500 | | | $59,122.44 |
| 19 | Telispire<br>4245 Kemp Blvd<br>Suite 220<br>Wichita Falls, TX 76308 | accounting@telispire.com | | | $56,772.96 |
| 20 | Jordan Realty Group Inc.<br>210 West Market Street<br>Pottsville, PA 17901 | | | | $56,562.91 |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          page 2

Fill in this information to identify the case and this filing:

Debtor Name  Limitless Mobile, LLC

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (*If known*):  16-_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐  *Schedule H: Codebtors* (Official Form 206H)

- ☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐  Amended *Schedule* ____

- ☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/2/2016          ✗ _____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

Amir Rajwany_____
Printed name

COO_____
Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Limitless Mobile, LLC, | : | Case No. _____ |
| | : | |
| Debtor. | : | |

### STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Bankruptcy Rules 1007(a) and 7007.1, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% of any class of equity interests in the above-captioned debtor.

| Debtor | Direct Owner(s) | Indirect Owners |
|---|---|---|
| Limitless Mobile, LLC | Limitless Mobile Holdings, LLC | None |

Dated: December 2 , 2016

_____
Amir Rajwany
Chief Operating Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Limitless Mobile, LLC, | : | Case No. 16-_____ |
| | : | |
| Debtor. | : | |

## VERIFICATION OF CREDITOR MATRIX

I, Amir Rajwany, the duly qualified and elected officer of the Debtor hereby verify,

that the attached list of creditors is true and correct to the best of my information and belief.

Dated: December  2 , 2016

_____
Amir Rajwany
Chief Operating Officer

151 Ventures LLC
Attn Matthew Morookian
PO Box 63933
Philadelphia, PA 19147


A Littles Cleaning Company
2101 Laurel Glen Drive
Harrisburg, PA 17110


Accountemps
12400 Collections Center Drive
Chicago, IL 60693


Adt Security Services
PO Box 371878
Pittsburgh, PA 15250


Alliance For Telecommunications
Industry Solutions
1200 G Street Nw  Suite 500
Washington, DC 20005


American Inspection Agency
David Yonkin
1831 White Deer Pike
New Columbia, PA 17856


American Registry For Internet Numbers
PO Box 759477
Baltimore, MD 21275-9477


American Registry For Internet Numbers
3635 Concorde Parkway  Suite 200
Chantilly, VA 20151


American Sweepstakes Promotion Co Inc
300 State Street  Suite 402
Rochester, NY 14614

American Tower Systems Inc
Lock Box 7501
PO Box 7247
Philadelphia, PA 19170-7501


American Towers
26020 Stru
Lockbox 7502
PO Box 7247
Philadelphia, PA 19170-7502


Amerisite Wireless Development LLC
Attn Barbara Burba
4107 Kingswood Court
Harrisburg, PA 17112


Ani Networks
City National Bank
11 Golden Shore  Suite 600
Long Beach, CA 90802


Anite Telecoms Inc
1900 E Gulf Road  Suite M50
Schaumburg, IL 60173-5822


Aqua Pennsylvania Inc
762 West Lancaster Ave
Bryn Mawr, PA 19010-3489


AR Disposal
303 Cameron Street
Milton, PA 17847


Armstrong Printery  Inc
2940 Jefferson Street
Harrisburg, PA 17110


Arthuf J Keister
211 River Breeze Avenue
Winfield, PA 17889

AtT Mobility
PO Box 6463
Carol Stream, IL 60197-6463


B2B Soft
17 Battery Place  Suite 715
New York, NY 10004


Bac Infratrust Sechs Gmbh Co Kg
750 Park Of Commerce Drive  Suite 200
Boca Raton, FL 33487


Banting Barclay Martin
2537 North Second Street
Harrisburg, PA 17110


Bennet Bennet  PLLC
6124 Mcarthur Boulevard
Bethesda, MD 20816


Berkshire Mall
PO Box 510159
Philadelphia, PA 19175-0159


BG Glass
1440 Carbon Street
Reading, PA 19601


Bj Baldwin Electrical And
Mechanical Contractor
Attn Barry Baldwin
7060 Division Highway
Narvon, PA 17555


Blue Point Inc
One International Blvd  Suite 400
Mahwah, NJ 07495


Borough Of Mifflinburg Electric
120 North Third Street
Mifflinburg, PA 17844

Borough Of Shoemakersville
115 E Ninth Street
Shoemakersville, PA 19555


Budget Blinds
4915 Jonestown Road
Harrisburg, PA 17109


Burkhardt Mechanical Inc
PO Box 6767
Wyomissing, PA 19610-0767


Capital Tax Collection Bureau
PO Box 60547
Harrisburg, PA 17106-0547


Careerbuilder LLC
13047 Collection Center Drive
Chicago, IL 60693-0130


Cass Township Tax Collector
Attn Ann Marie Studlack
4 Gray Lane
Pottsville, PA 17901


Ccatt LLC
PO Box 732462
Dallas, TX 75373-2462


Cell Tower Lease Acquisition  LLC
c/o Unison Site Management
PO Box 758644
Baltimore, MD 21275-8644


Centre Communications
PO Box 119
Bellefonte, PA 16823

Centre County Tax Agency
Attn Linda Welker
243 South Allen Street
State College, PA 16801


Cerillion Technologies Ltd
125 Shaftesbury Avenue
London  WC28 8AD
United Kingdom


Cig Comp Tower  LLC
PO Box 935515
Atlanta, GA 31193-54515


Cindy S And Eric W Newcomer
5479 Clarkstown Road
Muncy, PA 17756


Cisco Webex
3979 Freedom Circle
Santa Clara, CA 95054


Citizens Electric Company
1775 Industrial Blvd
Lewisburg, PA 17837-1276


City Of Pottsville  Tax Collector
401 N Centre Street
Pottsville, PA 17901-1330


Clearsky Technologies  Inc
390 N Orange Ave   Suite 1350
Orlando, FL 32801


Clearsky Technologies  Inc
PO Box 628356
Orlando, FL 32862-8356

Cliftonlarsonallen LLP
One Tampa City Center  Suite 2500
201 North Franklin Street
Tampa, FL 33602


Clinton County General Fund
Third Floor
232 East Main Street
Lock Haven, PA 17745


Clipper Magazine
3708 Hempland Road
PO Box 610
Mountville, PA 17554


Code Inspectors  Inc
2104 Route 54
Montgomery, PA 17752


Cohen Grigsby  Pc
PO Box 641014
Pittsburgh, PA 15264-1014


ColeS Hardware Mifflinburg
24 East Chestnut Street
Mifflinburg, PA 17844


Colonial Life
Premium Payments
PO Box 1365
Columbia, SC 29202-0903


Comcast Business
PO Box 37601
Philadelphia, PA 19101-0601


Competitive Carriers Association
805 15Th Street Nw  Suite 401
Washington, DC 20005

Construction Specialities
Attn Cindy Tempesco
6696 Route 405 Highway
PO Box 380
Muncy, PA 17756


Corfire
12600 Deerfield Parkway  Suite 450
Alpharetta, GA 30004


County Of Berks
County Government Office
Solicitors Office 13
633 Court Street
Reading, PA 19601


County Of Centre
Willowbank Off Build 911
420 Holmes Street
Bellefonte, PA 16823


Crown Castle Usa Inc
PO Box 301331
Dallas, TX 75303-1331


Crystalwood Construction
PO Box 361
Millheim, PA 16854


Cti Towers Assets II  LLC
Attn Finance Department
38 Pond Street  Suite 305
Franklin, MA 02038


Ctia Super Mobility
1400 16Th Street  Suite 600
Washington, DC 20036


Curt D Stein
57 Steep Mountain Road
New Ringgold, PA 17960

Dauphin County Treasurer
101 Market Street  Room 105
Harrisburg, PA 17101


Davis Landscape Ltd
2340 Paxton Church Road
Harrisburg, PA 17110


Delaware State Treasury
820 Silver Lake Blvd   Suite 100
Dover, DE 19904


Dhl Express Usa Inc
16592 Collections Center Drive
Chicago, IL 60693


Diamond Communications LLC
820 Morris Turnpike
Suite 104
Short Hills, NJ 07078


DutyS Lock Safe And Security Inc
3101 Gettysburg Road
Camp Hill, PA 17011


Eci Wireless
124 West Church Street
PO Box 459
Dillsburg, PA 17019-0459


Endslow Enterprises
178 Airport Road
Marietta, PA 17547


Equifax Information Svcs LLC
PO Box 105835
Atlanta, GA 30348-5835


Ericsson Inc
PO Box 677504
Dallas, TX 75267-7504

EspenshadeS Plumbing And Heating
9872 Allentown Blvd
Grantville, PA 17028


Eupen Cable Inc
110 Th Avenue North  Unit D
Clearwater, FL 33760


Exeter Township
400 Hanover Street
Birdsboro, PA 19508


Experian
PO Box 881971
Los Angeles, CA 90088-1971


Eztax
8675 West 96Th Street  Suite 220
Overlands Park, KS 66212-3316


Fedex
PO Box 371461
Pittsburgh, PA 15250-7461


Fiber Business Solutions Group Inc
PO Box 103
Fairview Village, PA 19409


Fidelity Security Life Insurance/Eyemed
Fsl/Eyemed Premiums
PO Box 632530
Cincinnati, OH 45263-2530


First Insurance Funding Corporation
PO Box 66468
Chicago, IL 60666-0468


Fred Beans Ford
Route 100 North
PO Box 524
Boyertown, PA 19512

Freefall Creative  LLC
1518 Green Street
Harrisburg, PA 17102


Frontier Communications Canton
Attn Access Billing
PO Box 92713
Rochester, NY 14692


Frontier Communications Ctsi
401 E City Ave
Bala Cynwyn, PA 19004


Fusion Wireless Inc
7381 Washington Blvd  Suite 104
Elkridge, MD 21075


G N Associates
119 South Burrowes Street
State College, PA 16801


Getwireless
10250 Valley View Road  Suite 139
Eden Prairie, MN 55344


Global Tower Assets III LLC
Department 3523
Carol Stream, IL 60132-3523


Globecomm Network Services Corporation
PO Box 10143
Uniondale, NY 11788


Gordon  Fournaris Mammarella  PA
1925 Lovering Avenue
Wilmington, DE 19806


Gould Ratner
222 North Lasalle Street  Suite 800
Chicago, IL 60601

Graphtech
1310 Crooked Hill Road  Suite 800
Harrisburg, PA 17110


Graybar
PO Box 414396
Boston, MA 02241-4396


Grit Commercial Printing  Inc
80 Choate Circle
Montoursville, PA 17754


Gsm Mou Association
25 Walbrook
London  EC4N 8AF
United Kingdom


Gte Wireless Of The So
c/o Verizon Wireless
PO Box 64498
Baltimore, MD 21264


Gtp Towers Issuer  LLC
750 Park Of Commerce Blvd  Suite 300
Boca Raton, FL 33487


Hirschfield Communications
1030 New Britain Avenue
West Hartford, CT 06110


Hoffman Ford
5200 Jonestown Road
Harrisburg, PA 17112


Holleran Media Productions
PO Box 110359
Trumbull, CT 06611


Hope Tower Properties
PO Box 450
Pottsville, PA 17901

Horvath Towers II  LLC
312 West Colfax Avenue
South Bend, IN 46601


Horvath Towers III  LLC
312 West Colfax Ave
South Bend, IN 46601


Id Comm
13855 Bentley Place
Cerritos, CA 90703-2433


Iheartmedia
PO Box 402654
Atlanta, GA 30384-6404


Ijtech Mechanical Services
905 Chester Road
Enola, PA 17025


Info Solutions LLC
PO Box 1025
Bear, DE 19701


Infosonics Corporation
3636 Nobel Drive  Suite 325
San Diego, CA 92122


Innovative Designs Publishing
3245 Freemansburg Avenue
Easton, PA 18045


Interior Furniture Resources
7035 Jonestown Road
Harrisburg, PA 17112


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

International Environmental Management
160 Paxon Hollow Road
Media, PA 19063


Interop Techologies
13500 Powers Court  Suite 200
Fort Myers, FL 33912


Intrado Inc
Department 1273
Denver, CO 80256


Iron Mountain
PO Box 27129
New York, NY 10087-7129


Ironton Telephone Company
c/o Icore
326 South Second Street
Emmaus, PA 18049


Jeanne Dirago
780 Fortunella Circle Sw
Vero Beach, FL 32968


Joel Confer
2892 Benner Pike
Bellefonte, PA 16823


Jordan Realty Group Inc
Attn Mr Robert C Green
210 West Market Street
Pottsville, PA 17901


Jp Harris Associates LLC
101 Rich Valley Road
Mechanicsburg, PA 17050


Jsi
7852 Walker Drive  Ste 200
Greenbelt, MD 20770

Kansas Department Of Revenue
915 Sw Harrison Street
Topeka, KS 66625-2007


Kd3 Design Studio    Inc
426 South Third Street
Lemoyne, PA 17043


Kelli Wyland Photography
107 East Main Street
Mechanicsburg, PA 17055


Kelly Township Municipal Authority
405 Winter Farm Lane
Lewisburg, PA 17837


Keter Environmental Services   Inc
4 High Ridge Park   Suite 202
Stamford, CT 06905


Keystone Collections Group
PO Box 559
Irwin, PA 15642-0559


Kgb Usa   Inc
Attn Accounts Receivable
3864 Courtney Street   Suite 411
Bethlehem, PA 18017


Larue Electric
139 Basin Hill Road
Duncannon, PA 17020


Lcwsa Lycoming Mall
300 Lycoming Mall Circle
Pennsdale, PA 17756


Lehigh Valley Technical Associates   Inc
1584 Weaversville Road
Northampton, PA 18067-9039

Level 3 Communications  LLC
PO Box 910182
Denver, CO 80291-0182


Lizal
Building 1
3545 Altalmont Way
Redwood City, CA 94062


Lock Haven University
Accounts Receivable
Ulmer Building/Student Accounts
401 North Fairview Street
Lock Haven, PA 17745


Love Disposal  Inc
30 Disposal Lane
Lock Haven, PA 17745


Lycoming County Zoning
330 Pine Street
Williamsport, PA 17701


Lycoming Mall Realty Holding  LLC
Lycoming Mall Management Office
300 Lycoming Mall Circle  Suite 3021
Pennsdale, PA 17756


Lykes Insurance Inc
PO Box 60043
Fort Myers, FL 33906-6043


M Design LLC
100 E Lancaster Avenue  Suite 300
Radnor, PA 19087


Maccabee Industrial Inc
113 Water Street
Belle Vernon, PA 15012

Mastec Network Solutions
806 Douglas Road  Suite 1100
Coral Gables, FL 33134


Met Ed First Energy
PO Box 3615
Akron, OH 44309


Metropolitian Life Insurance Company
PO Box 804466
Kansas City, MO 64180-4466


Mifflinburg Hose Company
325 Chestnut Street
Mifflinburg, PA 17844


Mission Advertising  Inc
550 King Street
Milton, PA 17847


Mnm Wireless LLC
2421 A Wyandotte Road
Willow Grove, PA 19090


Mobern Enterprise Solutions  Inc
6026 Jet Port Ind Blvd
Tampa, FL 33634


Mobile Matterz  LLC
Attn Accounting
27599 Riverview Corporate Center
Suite 201
Bonita Springs, FL 34134


Modern Group
2501 Durham Road
Bristol, PA 19007


Montoursville Borough
617 North Loyalsock Avenue
Montoursville, PA 17754

Morpho Cards USA  Inc
20 Valley Stream Parkway  Suite 305
Malvern, PA 19355


Muncy Borough  Treasurer
14 N Washington Street
Muncy, PA 17756


Natherson Company P A
1801 Glengary Street  Floor 2
Sarasota, FL 34231-3694


Nena
PO Box 37151
Baltimore, MD 21297-3151


New Tech Construction Corporation
1579 Barber Road
Sarsota, FL 34240


Newcore Wireless  LLC
3717 23Rd Street South 201
St Cloud, MN 56301


Nissly Flooring
3100 Green Street
Harrisburg, PA 17110


North American Numbering Plan
c/o Welch Llp
PO Box 223231
Pittsburgh, PA 15251-2231


Novotech Construction Inc
1331 12Th Avenue  Suite 305
Altoona, PA 16601


Nuestar  Inc
Bank Of America
PO Box 403034
Atlanta, GA 30384-3034

Orbit Technologies  Inc
4635 West Smithfield Street
Elizabeth, PA 15037


Oss Nokalva Inc
300 Atrium Drive  Suite 402
Somerset, NJ 08873


P A M P
511 East College Avenue
Pleasant Gap, PA 16823


Pa Window Tint Inc
Corporate Office
1960 East College Avenue
Bellefonte, PA 16823


Parallel Infrastructure Telecom
Infrastructure  LLC
PO Box 742963
Atlanta, GA 30374-2963


Parktel Usa
261 West 35Th St  Suite 1100
New York, NY 10001


Paychex
Human Resource Services
1175 John Street
West Henrietta, NY 14586-9199


Penn Credit Corporation
PO Box 988
Harrisburg, PA 17108


Penn Waste
c/o MT Bank
PO Box 62825
Baltimore, MD 21264-2825

Pennsylvania American Water
PO Box 371412
Pittsburgh, PA 15250-7412


Pennsylvania Department Of Revenue
Department 280946
Attn Bankruptcy Division
Harrisburg, PA 17128-0946


Pennsylvania Office Of Attorney General
Strawberry Square  16Th Floor
Harrisburg, PA 17120


Pennsylvania Telephone Company
191 Middle Road
Jersey Shore, PA 17740-9519


Penteledata
Attn Payment Processing Center
PO Box 401
Palmerton, PA 18071-0401


Perfect 10
PO Box 841444
Dallas, TX 75284-1444


Peter Laudermilch Design
202 Hollywood Circle
Camp Hill, PA 17011


Pitney Bowes
Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Planet Cellular Inc
13909 Bettencourt Road
Cerritos, CA 90703

Ppl Infrastructure Services LLC
2 North Ninth Street
Allentown, PA 18101-1179


Primal Technologies  Inc
112 2570 Matheson Blvd E
Mississauga, ON L4W 4Z3
Canada


Protonik Usa  LLC
1701 North West 79Th Avenue
Miami, FL 33126


Qualcomm Technologies Inc
PO Box 748382
Los Angeles, CA 90074-8382


Quality One Wireless
1500 Tradeport Drive  Suite A
Orlando, FL 32824


Re Downey Mechanical
28 Wooded Run Dr
Dillsburg, PA 17019


Reading School District
800 Washington Street
Reading, PA 19601


Rural Wireless Association
Poi Box 50551
Arlington, VA 22205


Salvatore Conigliaro
59 Emerald Street
Mill Hall, PA 17751


Sba Monarch Towers I LLC
Attn Accounts Receivable
8051 Congress Avenue
Boca Raton, FL 33487-1307

Sba Network Services  LLC
PO Box 101643
Atlanta, GA 30392-1643


Sba Properties  LLC
PO Box 101667
Atlanta, GA 30392-1667


Sba Steel  LLC
PO Box 933756
Atlanta, GA 31193-3756


Sba Towers  LLC
PO Box 945752
Atlanta, GA 30394-5752


Sba Towers II  LLC
PO Box 933730
Atlanta, GA 31193-3730


Sba Towers III LLC
PO Box 935148
Atlanta, GA 31193-5148


Sba Towers V  LLC
PO Box 936011
Atlanta, GA 31193


SCASD Tax Collector
243 South Allen Street
State College, PA 16801


Scattered Acres  Inc
Attn Edward B Harman  President
1750 Van Reed Road
Sinking Springs, PA 19608


Schuylkill Country Municipal Authority
Attn Patrick Caulfield  Exec Director
221 South Center Street
Pottsville, PA 17901

Scott Gross Company Inc
PO Box 74008003
Chicago, IL 60674-8003


Secretary Of State
Division Of Corporations
Franchise Tax
PO Box 898
Dover, DE 19903


Securities And Exchange Commission
100 F Street  NE
Washington, DC 20549


Securities And Exchange Commission
New York Regional Office
Attn Andrew Calamari  Regional Director
Brookfield Place
200 Vesey Street  Suite 400
New York, NY 10281-1022


Sentinel Core Services Ltd
Northfields
20 60 St Johns Road
Tunbridge Wells
Kend  TN4 9NT
United Kingdom


Service Electric Telephone Company  LLC
c/o Icore Consulting  Llc
326 South Second Street
Emmaus, PA 18049


Sk CC Usa Inc
12600 Deerfield Parkway  Suite 425
Alpharetta, GA 30004


Spectrasite Comm  Inc
PO Box 751760
Charlotte, NC 28275-1760

St Clair Borough Electric Light Dept
Borough Hall
PO Box 25
16 South Third Street
St Clair, PA 17970-0025


Staples Business Advantage
Dept Phl
PO Box 415256
Boston, MA 02241-5256


State College Borough Tax Office
243 S Allen Street
State College, PA 16801


Stegman Engineering  Pc
35 East Avenue
Red Lion, PA 17356


Stop N Go Signs
18 Lenker Avenue
Selingsgrove, PA 17870


Sudden Death Pest Control
235 Market Street
New Cumberland, PA 17070


Suez Water Pennsylvania
Payment Center
PO Box 371804
Pittsburgh, PA 15250-7804


Sugg Motor Car Company
150 Easts Second Street
Boyertown, PA 19512


Summit Broadband
4558 35Th Street
Orlando, FL 32811

Summit Tower  LLC
8805 Tamiami Trail North  Suite 212
Naples, FL 34108


Sunbury Broadcasting Corporation Inc
1227 County Line Road
Selinsgrove, PA 17870


Susquehanna Township Authority
1900 Linglestown Road
Harrisburg, PA 17110


Susquehanna Township School District
Real Estate Tax
PO Box 226
Mecanicsburg, PA 17055-0226


Susquehanna Valley Mall
PO Box 932172
Cleveland, OH 44193-2172


Syniverse Technologies LLC
12094 Collections Center Drive
Chicago, IL 60693


T Mobile
c/o Us Bank
PO Box 94503
Seattle, WA 98124-6803


T R Miller Company Inc
290 South Street
Wapole, MA 02081


Tac Pro Inc
PO Box 205
Macungie, PA 18062

Telcordia Technologies
D/B/A Iconectiv
Church Street Station
PO Box 6335
New York, NY 10249


Telecom Service Bureau  Inc
4348 Se 95Th Street
Ocala, FL 34480


Telispire
Accounting Team
4245 Kemp Blvd  Suite 220
Wichita Falls, TX 76308


Telsasoft
Controls Anyware Inc
12751 Country Road 5  Suite 176
Burnsville, MN 55337


Tessco Inc
11126 Mccormick Road
Hunt Valley, MD 21031


The Home Depot Credit Services
Department 32 2016194106
PO Box 183175
Columbus, OH 43218-3175


The Lincoln National Life Insurance Co
PO Box 0821
Carol Stream, IL 60132-0821


The Storage Box Inc
14 Buck Run Drive
Elverson, PA 19520-9600


The Water Guy
PO Box 7007
Lancaster, PA 17604

Tmobile Northeast LLC
PO Box 70870
Cm 9762
St Paul, MN 55170


Tower 16 Inc
415A Pulaski Highway
Joppa, MD 21085


Triangle Communications
940 West Main Street
New Holland, PA 17557


Trilogy Lte Services Inc
Suite 209
Boulder, CO 80304


Try Mac Towers Fund I LLC
Attn Fred Papa
8 Villiage Green Circle
Southern Pines, NC 28387-3209


Tyco Integrated Security LLC
PO Box 371967
Pittsburgh, PA 15250-7967


Tyson Fence Company Inc
7921 Grayson Road
Harrisburg, PA 17111


U S Trustee For Delaware
844 King Street  Suite 2207
Lockbox 35
Wilmington, DE 19801


Ugi Penn Natural Gas  Inc
2525 North 12Th Street  Suite 360
Reading, PA 19605

Unicom Asset Recovery
1231 Fourth Street
Dayton, KY 41074


Unified Business Technologies
3425 Simpson Ferry Road  Suite 201
Camp Hill, PA 17011


United Healthcare Insurance Company
Department Ch 10151
Palatine, IL 60055-0151


United Parcel Service
PO Box 7247 0244
Philadelphia, PA 19170-0001


United State Post Office
Us Postmaster
c/o United State Post Office
1425 Crooked Hill Road
Harrisburg, PA 17107


Universal Service Administrative Company
2000 L St Nw  Suite 200
Washington, DC 20036


Usa Digital Communications
11600 Broadway Extension
Suite 150
Oklahoma City, OK 73114


Valore  LLC
Attn Frank Degenova
7 Gilbert Stuart Way
Marlton, NJ 08053


Valuation Research Corp
200 Princeton South Corporate Center
Trenton, NJ 08628

Vcomm  LLC
Attn Accounts Receivable
2540 Us Highway 130  Suite 101
Cranbury, NJ 08512


Verizon Business
PO Box 660206
Dallas, TX 75266-0206


Verizon Wireless Services  LLC
PO Box 64498
Baltimore, MD 21264-4498


Vertex Wireless LLC
500 Wegner Drive
West Chicago, IL 60185


Vertical Bridge Engineering LLC
PO Box 743368
Atlanta, GA 30374-3368


Volunteer Fire Company Of Mill Hall Inc
9 East Peale Avenue
Mill Hall, PA 17751


Wayne Township Tax Collector
475 Valley Road
Wayne, NJ 07470


Wbk Law
1800 M Street  Nw  Suite 800 N
Washington, DC 20036


Weaver Construction LLC
10089 Dudley Drive
Ijamsville, MD 21754


West Penn Power
PO Box 3615
Akron, OH 44309-3615

West Safety Services Inc
Department 1273
Denver, CO 80256


Widelity  Inc
4031 University Drive  Suite 100
Fairfax, VA 22030


Williamsport Electric  Inc
3728 Route 15 Highway
Montgomery, PA 17752


Williamsport Properties
460 Market Street
Williamsport, PA 17701


Williamsport Sun Gazette
252 W Fourth Street
Williamsport, PA 17701-0728


Windstream Communications
Attn Cabs
c/o Bank Of America N A
PO Box 60549
St Louis, MO 63160-0549


Windstream Communications Inc
Attn Misc Billing
PO Box 18317
Little Rock, AR 72222


Wqbr
330 Mcelhattan Drive
Mcelhattan, PA 17748


Wyomissing Borough
1259 Penn Avenue
Wyomissing, PA 19610

```
Yaana Technologies  LLC
542 Gibralter Drive
Milpitas, CA 95035


Youmail Inc
43 Corporate Park  Suite 200
Irvine, CA 92606


Zenith Insurance Company
4415 Collections Center Drive
Chicago, IL 60693
```