**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Limitless Mobile, LLC | : | Case No. 16-12685 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Cerillion Technologies Ltd.** Attn: Mike Dee, 125 Shaftesburry Avenue, London WCZH 8AD, Phone 44-4621-636002

2. **Comcast Cable Communications Management, LLC** Attn: Daniel Carr, 1701 JFK Blvd, Philadelphia, PA 19103, Phone: 215-286-4850, Fax: 215-286-1040

3. **MNM Wireless, LLC**, Attn: Gregory Carson, 2421 "A" Wyandotte Road, Willow Grove, PA 19090, Phone: 215-956-7200, Fax: 215-657-2848

4. **Crown Castle MU, LLC**, Attn: George Njezic, 180 Oakview Trace, Fayetteville, Georgia 30215, Phone: 865-414-456

5. **SBA Towers II LLC**, Attn: Danet Rodriguez-Figg, 8051 Congress Avenue, Boca Raton, FL 33487, Phone: 561-322-7818, Fax: 561-989-2993

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ Hannah M. McCollum for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: December 16, 2016

Attorney assigned to this Case: Hannah M. McCollum, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Martin Weiss, Esquire, Phone: (302) 571-9800, Fax: (302) 571-8875