IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LIMITLESS MOBILE, LLC, | ) Case No. 16-12685 (KJC) |
| | ) |
| Debtor. | ) |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE**, pursuant to section 1109(b) of title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that Saul Ewing LLP appears as proposed counsel to the **Official Committee of Unsecured Creditors** (the "Committee") in this bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that the Committee requests all notices given or required to be given in the above-captioned chapter 11 case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served upon the following:

| | |
|---|---|
| Lucian B. Murley, Esquire | Sharon L. Levine, Esquire |
| Saul Ewing LLP | Saul Ewing LLP |
| 1201 N. Market Street, Suite 2300 | One Riverfront Plaza |
| P.O. Box 1266 | 1037 Raymond Blvd, Suite 1520 |
| Wilmington, DE 19899 | Newark, NJ 07102-5426 |
| Telephone: (302) 421-6898 | Telephone: (973) 286-6713 |
| lmurley@saul.com | slevine@saul.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading,

658895.1 12/19/2016

request, complaint, disclosure document of any kind, conference, hearing, demand, order, or any other paper filed in the proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of (a) the rights of the Committee (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, (iv) to have any claims constitutionally required to be determined by the District Court be determined therein, or (v) to have any matter heard by an arbitrator or (b) any other rights, claims, actions, defenses (including defenses to jurisdiction), setoffs, or recoupments to which the Committee may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices nor any former or later appearance, pleading, claim, or suit shall constitute an authorization for the undersigned to accept service of process on behalf of the Committee, and that such service must be effected in strict compliance with the Federal Rules of Civil Procedure and/or the Bankruptcy Rules.

Dated: December 19, 2016

**SAUL EWING LLP**

By: _____
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6898
Fax: (302) 421-5864
lmurley@saul.com

-and-

Sharon L. Levine
One Riverfront Plaza
1037 Raymond Blvd, Suite 1520
Newark, NJ 07102-5426
Telephone: (973) 286-6713
Fax: (973) 286-6821
slevine@saul.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Limitless Mobile, LLC*