## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIMITLESS MOBILE, LLC, | Case No. 16-12685 (KJC) |
| Debtor. | Related to Docket Nos. 4, 31, 688 and 703 |

## ORDER TERMINATING THE ENGAGEMENT OF
## RUST CONSULTING/OMNI BANKRUPTCY AS CLAIMS AND NOTICING AGENT

Under the motion (the "Motion")[1] of Gavin/Solmonese LLC, as liquidating trustee ("Liquidating Trustee") pursuant to the approved plan of reorganization in the above-captioned case, for entry of an order terminating the engagement of Rust Consulting/Omni Bankruptcy ("Rust/Omni") as claims and noticing agent; and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the relief sought in the Motion is GRANTED as set forth herein; and it is further

ORDERED that the appointment of Rust/Omni as the claims and noticing agent in the Debtor's bankruptcy case shall be terminated as of the date of this Order, and Rust/Omni is

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

released and discharged as claims and noticing agent effective as of the date hereof; and it is further

ORDERED that the Liquidating Trustee shall, in compliance with Local Rule 2002-1(f): (a) maintain copies of all original filed claims; (b) maintain the official claims register (including all claims transfers); and (c) file quarterly updated claims registers with the Bankruptcy Court; and it is further

ORDERED that Rust/Omni shall assist the Liquidating Trustee in effectuating this transfer of duties from Rust/Omni to the Liquidating Trustee; and it is further

ORDERED that Rust/Omni shall immediately: (a) forward the Clerk's Office and Liquidating Trustee an electronic version of all imaged claims; (b) upload the creditor mailing lists into CM/ECF; (c) docket an updated Claims Register in alphabetical and numerical order; (d) forward all electronic versions of the creditor matrix lists and Claims Register to the Liquidating Trustee; and (e) box and transport all original claims to the Liquidating Trustee; and it is further

ORDERED that the Liquidating Trustee shall, upon entry of this Order and thereafter until an order is entered discharging the Liquidating Trustee, assume responsibility for performing the duties of a claims agent set forth in Local Rule 2002-1(f). For the avoidance of doubt, at the conclusion of its service the Liquidating Trustee shall box and transport all original claims to the Philadelphia Records Center, 1447-Townsend Rd., Philadelphia, PA 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims; and it is further

ORDERED that Rust/Omni is hereby authorized to note on the public case administration website to contact the Liquidating Trustee (and shall include a telephone number, address and e-mail address at which the Liquidating Trustee may be reached) regarding claims matters and the status of the Chapter 11 Case; however it may not deactivate the website without prior approval from the Liquidating Trustee; and it is further

24254723.2 02/06/2018

ORDERED that the Liquidating Trustee and his authorized representatives are authorized and empowered to take any and all actions necessary to implement the terms of this Order; and it is further

ORDERED that the terms and conditions of this Order shall be immediately enforceable and effective upon its entry; and it is further

ORDERED that the Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Date: _____, 2018

_____
Kevin J. Carey
United States Bankruptcy Judge